UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

T~~ampa~~ampA Division

### CIVIL RIGHTS COMPLAINT FORM

DARVIN PEACOCK
707 11th Ave West
Bradenton, Fl 34205

CASE NUMBER: 8:22 cv399 TPB-AEP
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Manatee County Sheriff Deputy Moreno-Hernandez
Manatee County Jail
14470 Harlee Rd
Palmetto, Fl 34221

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

_____/

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Manatee County Sherriff Jail
(Indicate the name and location)
14470 Harlee Road Palmetto, FL 34221

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

**EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:**

General Grievance

       1.  Informal Grievance (Form DC3-005)
       2.  Formal Grievance (Form DC1-303)
       3.  Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

  A.    <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

      1.  Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

      2.  If so, you must attach a copy of the grievance and response to this Complaint form.

      3.  Were you denied emergency status? Yes (✓) No ( )

         a.  If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No ( )

         b.  If so, you must attach copies of the grievance/appeals and responses to this Complaint form. All Grievances Are Filed On Kiosk Computer

  B.    <u>Informal Grievance</u> (Request for Interview)

DC 225 (Rev. 9/03)                2

1. Did you submit an informal grievance (Form DC3-005)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes (✓) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form. *DR LOSS AND THEY WILL NOT GIVE COPIES*

3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form. *N/A*

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this __5th__ day of __February__, 2022.

_____
Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? *I was on the Kiosk Computer And Thats How They Are Logged*

2. What were the results? *N/A*

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses. *See Sheriff For Logged Info*

D. If your answer is NO, explain why not: _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _5th_ day of _February_, 2_022_.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)

4

IV. **PREVIOUS LAWSUITS**:

A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )  Tampa

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

  1. Parties to previous lawsuit:
     Plaintiff(s): Darvin Peacock
     
     Defendant(s): Value King Discount Beverages

  2. Court (if federal court, name the district; if state court, name the county): Manatee County Civil Court

  3. Docket Number: 2021-1346CF

  4. Name of judge: Arnold - Agnes

  5. Briefly describe the facts and basis of the lawsuit: Neglect To Review Video Tape And Present It To A Court

  6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Its Still Pending

  7. Approximate filing date: December 2021

  8. Approximate disposition date: N/A

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case: N/A

DC 225 (Rev. 9/03)                                    5

_NA_

---

V. **PARTIES:** In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: DARVIN BURNETT PEACOCK

   Mailing address: 707 11th Avenue West Bradenton, Florida 34205

B. Additional Plaintiffs: NA

---

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: (SEE G3 EAST 20 video in Dorm) Sheriff Manatee County Jail 2021 June DR's

   Mailing Address: 14470 Harllee Road Palmetto, Fl 34221

   Position: Jail Deputy

   Employed at: Manatee County Jail Palmetto

D. Defendant: NA

   Mailing Address: NA

   Position: NA

   Employed at: NA

---

DC 225 (Rev. 9/03)        6

E.  Defendant: NA

   Mailing Address: NA

   Position: NA

   Employed at: NA

F.  Defendant: NA

   Mailing Address: NA

   Position: NA

   Employed at: NA

G.  Defendant: NA

   Mailing Address: NA

   Position: NA

   Employed at: NA

*All this Matter Of Facts Happen While In Jail May 10th 2021*

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Intentional Misconduct Professional Misconduct Discrimination Of Character Right To Take Medicine At Own Pace Defamation Of Character Disability Act Of Mental Person Loss Of Hearing. Due To Negligence Of Staff Member.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

1. See DR For Officer Name (Manatee Sheriff Office Request ID # 780572)
2. Date Happen June 2021 Jail Palmetto, Fl 34221
3. In The Manatee County Jail Palmetto 14470 Harlee Road Palmetto Florida 34221 Main Central Jail.
The Officer Which Did Had Sprayed Me With A Chemical Agent Mace Then Left Me In The Cell To Which The Chemical Agent Was Burning

Statement of Facts, continued:

Inside My Ear Now I Am Unable To Hear Out of My Right Ear All Due To Me Just Taking My Medication During Medication Med Rounds From The Nurse See Video Camera Which Is In The Dorm G3 East How It All Took Place That Evening In June 2021 I Awoke To The Nurse At My Cell Door Which She Gave Me Some Pills I Took Them While Deputy Sheriff Was Talking Sexy To The Nurse But He Was Not Paying Me Any Attention So He Ask Where Is The Pills I Explain That I Took Them He Gave Me An Order To Take Them I Explain So He Said If You Don't Take Them I'm Going To Spray You So He Sprayed Me With The Can Of Mace It Turn Very Hot And Was Burning All Over My Face So He Left Then Come Back I Did Not Cause Anyone Any Bodily Harm 2021. June While I Was In Jail Dorm G3 East Cell 20. See Jail Video June 2021 Inmate # 2021003571 Arrested May 10th 2021 Medical In The Jail Got Records Of Treatment For My Ear Problem But I Still Can't Hear Out My Right Ear.

DC 225 (Rev. 9/03)

9

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I Want The Courts To Award Me Money For The Damage of My Lost Hearing Lost Case I Can't Hear Out Of My Right Ear And Fire That Deputy And Nurse In The Video For Their Actions That Day.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 5th day of February, 2022.

Darvin Peacock
707 11th Ave West
Bradenton, Fl 34205
*Darvin Peacock*
(Signatures of all Plaintiffs)